# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BRUNING, and SHARON BRUNING, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OMAHA, NEBRASKA, <br><br> Defendant. | 8:18CV287 <br><br> ORDER |

This matter comes before the Court on the parties' Unopposed Motion to Extend Deadlines (Filing No. 33). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** as follows:

1) The pretrial conference and trial are cancelled and will be rescheduled at a later date.

2) The deadline for filing motions to dismiss and motions for summary judgment is **February 14, 2020**.

3) The deposition deadline is **February 25, 2020**.

4) Within 7-days after the Court rules on any motions to dismiss the parties shall submit a joint proposed amended case progression schedule to the undersigned magistrate judge or contact chambers to schedule a telephone conference to discuss case progression deadlines.

Dated this 23rd day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge