IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BRUNING, and SHARON BRUNING, a married couple, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF OMAHA, NEBRASKA, <br><br> Defendant. | 8:18CV287 <br><br> AMENDED ORDER |

This matter comes before the Court on the parties' Unopposed Motion to Extend Deadlines (Filing No. 33). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** as follows:

1) The pretrial conference and trial are cancelled and will be rescheduled at a later date.

2) The deadline for filing motions to dismiss and motions for summary judgment is **February 14, 2020**.

3) The deposition deadline is **February 25, 2020**.

4) Within 7-days after the Court rules on all dispositive motions the parties shall contact chambers of the undersigned magistrate judge to schedule a telephone conference to discuss settlement status and the scheduling of a pretrial conference and trial.

Dated this 24rd day of January, 2020.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge