IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT BRUNING and SHARON BRUNING, a married couple;<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OMAHA, NEBRASKA,<br><br>Defendant. | 8:18CV287<br><br>ORDER |

This matter is before the Court on Plaintiffs' Motion for Relief from Order, ECF No. 63.

Plaintiffs ask the Court to reconsider its previous Memorandum and Order, ECF No. 59, in which the Court granted summary judgment in favor of the City of Omaha, dismissing all but one of Plaintiffs' claims and setting the matter for a hearing to determine whether there is a genuine issue of material fact to present to a jury. The Court has considered Plaintiffs' arguments; will deny the Motion; and will proceed with the hearing as scheduled.

Accordingly,

IT IS ORDERED:

Plaintiffs' Motion for Relief from Order, ECF No. 63, is denied.

Dated this 8th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge